

# Case Assignment
# Standard Civil Assignment

Case number **1:24CV-16-GNS**

Assigned : Chief Judge Greg N. Stivers
Judge Code : 4416

Assigned on 1/16/2024 9:27:57 AM
Transaction ID: 85939

[ Request New Judge ]   [ Return ]