## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

| | |
|---|---|
| JAMIAHIA KENNEDY and WILLOW NEAL, on Behalf of Themselves Individually and All Others Similarly Situated | )<br>)<br>)<br>)<br>) |
| PLAINTIFFS | ) |
| v. | ) CIVIL ACTION NO. 1:24-CV-00016-GNS<br>)<br>) |
| KENTUCKY DEPARTMENT OF JUVENILE JUSTICE, et al. | )<br>)<br>) |
| DEFENDATS | ) |

## MOTION FOR
## TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs respectfully move this Court, pursuant to Fed. R. Civ. P. 65(a) and (b) for a Temporary Restraining Order and Preliminary Injunction. The grounds for this Motion are set forth in the attached memorandum.

Respectfully submitted,

s/*Laura E. Landenwich*
LAURA E. LANDENWICH
ADAMS LANDENWICH LAY, PLLC
517 West Ormsby Avenue
Louisville, KY  40203
laura@justiceky.com
(502) 561-0085

And

JOHN FRIEND
ERIN STEMLE
ALEX R. WHITE, PLLC
904 Minoma Avenue
Louisville, KY  40217
johnny@friendlawky.com
erin@arwhitelaw.com
(502) 882-7552
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on February 13, 2024, the above was electronically filed with the Clerk of the Court by using the CM/ECF filing system and copied to all registered CM/ECF participants in the above-styled action. I further certify that on February 13, 2024, the above was served via electronic mail on the following:

ServetheCommonwealth@ky.gov

/s/ *Laura E. Landenwich*