# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | | |
|---|---|---|
| JAMIAHIA KENNEDY and WILLOW NEAL, on Behalf of Themselves Individually and All Others Similarly Situated | ) ) ) ) ) | |
| PLAINTIFFS | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:24-CV-00016-GNS |
| KENTUCKY DEPARTMENT OF JUVENILE JUSTICE, et al. | ) ) ) | |
| DEFENDATS | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs respectfully move this Court for leave to file Exhibit 1 to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction under seal. In support of this motion, undersigned counsel states that the document is a motion that was filed in a sealed juvenile case. The motion itself recounts in detail the substance of Jamiahia Kennedy and Willow Neal's juvenile records. The confidentiality of these records must be maintained, at least until the Court has reviewed and ruled on the propriety of their release.

Respectfully submitted,

s/*Laura E. Landenwich*
LAURA E. LANDENWICH
ADAMS LANDENWICH LAY, PLLC
517 West Ormsby Avenue
Louisville, KY 40203
laura@justiceky.com
(502) 561-0085

1

        And

        JOHN FRIEND
        ERIN STEMLE
        ALEX R. WHITE, PLLC
        904 Minoma Avenue
        Louisville, KY 40217
        johnny@friendlawky.com
        erin@arwhitelaw.com
        (502) 882-7552
        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on February 13, 2024, the above was electronically filed with the Clerk of the Court by using the CM/ECF filing system and copied to all registered CM/ECF participants in the above-styled action. I further certify that on February 13, 2024, the above was served via electronic mail on the following:

      ServetheCommonwealth@ky.gov

        /s/ *Laura E. Landenwich*