UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:24-CV-16-GNS

JAMIAHIA KENNEDY et al.                                              PLAINTIFFS

V.

KENTUCKY DEPARTMENT OF JUVENILE JUSTICE et al.            DEFENDANTS

## MOTION TO DISMISS INDIVIDUAL CAPACITY CLAIMS

Come Defendants Kerry Harvey, Vicki Reed, George Scott, James Sweatt, David Kazee, Tonya Burton, and Christopher Rakes, by counsel, and, pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss the individual capacity claims asserted against them in the above-styled action for failure to state a claim upon which relief can be granted.

/s/ Edward A. Baylous II
Edward A. Baylous II
Ky. Bar No. 86971
JUSTICE & PUBLIC SAFETY CABINET
OFFICE OF LEGAL SERVICES
125 Holmes Street
Frankfort, KY 40601
502-564-8231
edward.baylous@ky.gov

## **Certificate of Service**

The undersigned hereby certifies that he filed this Waiver of Service through the CM/ECF System which served a copy on the counsel of record on this the 9th day of April 2024.

/s/ Edward A. Baylous II