**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | |
|---|---|
| JAMIAHIA KENNEDY and WILLOW NEAL, on Behalf of Themselves Individually and All Others Similarly Situated )))))  PLAINTIFFS ))  v. ))) KENTUCKY DEPARTMENT OF JUVENILE JUSTICE, et al. ))))  DEFENDATS ) | CIVIL ACTION NO. 1:24-CV-00016-GNS |

**MOTION FOR LEAVE TO SUBSTITUTE DOCUMENT**

Plaintiffs respectfully move this Court for leave to substitute the attached corrected First Amended Complaint for the original document filed at DN 24. In support of this motion, counsel states that the original filing contained an error in the case heading. Specifically, three Defendants who were named in paragraphs 45, 46, and 48 were inadvertently omitted from the case caption. The attached document corrects the case caption but makes no other changes to the pleading or the original exhibits (DN 24-1-7).

In order to provide clarity on the Court's docket and comply with Fed. R. Civ. P. 10(a), Plaintiffs ask the Court to direct the Court Clerk to substitute the corrected First Amended Complaint for DN 24.

Respectfully submitted,

s/*Laura E. Landenwich*
LAURA E. LANDENWICH
ADAMS LANDENWICH LAY, PLLC
517 West Ormsby Avenue
Louisville, KY 40203
laura@justiceky.com
(502) 561-0085
And

JOHN FRIEND
ERIN STEMLE
ALEX R. WHITE, PLLC
904 Minoma Avenue
Louisville, KY 40217
friend@arwhitelaw.com
erin@arwhitelaw.com
(502) 882-7552
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 7, 2024, the above was electronically filed with the Clerk of the Court by using the CM/ECF filing system and copied to all registered CM/ECF participants in the above-styled action.

/s/ *Laura E. Landenwich*