# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION
## CIVIL ACTION NO. 1:24-CV-16-GNS

**JAMIAHIA KENNEDY,** *et al.* **PLAINTIFFS**

**V.**

**KENTUCKY DEPARTMENT OF JUVENILE JUSTICE,** *et al.* **DEFENDANTS**

## NOTICE OF APPEAL to
## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kerry Harvey,[1] Vicki Reed, George Scott, James Sweatt, David Kazee, Tonya Burton, Christopher Rakes, Keith Jackson, Randy White, Tom Milburn, Marshay Boyd, Elsie Burgher, Joe Caskey, and Dena Burton, the Defendants in their individual capacities, appeal to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order [DN 46] of the district court for the Western District of Kentuckyenteed in this case on January 23, 2025 denying the Motion to Dismiss on grounds of federal and state qualified immunity.

The parties to the Memorandum Opion and Order appealed from and the names and addresses of their respective attorneys are as follows:

**Defendants/Appellants**

Kerry Harvey, Vicki Reed, George Scott, James Sweatt, David Kazee, Tonya Burton, Christopher Rakes, Keith Jackson, Randy White, Tom Milburn, Marshay Boyd, Elsie Burgher,

---

[1] Kerry Harvey had retired as Secretary prior to the filing of this action.

Joe Caskey, and Dena Burton are represented by Edward A. Baylous II and Mark Bizzell, *Justice & Public Safety Cabinet Office Of Legal Services*, 125 Holmes Street, Frankfort, KY 40601.

**Plaintiffs/Appellees**

Jemiahia Kennedy and Willow Neal represented by Laura Landenwish, *Adams Landenwich Lay, PLLC*, 517 West Ormsby Avenue, Louisville, KY 40203 and John Friend, Erin Stemle, *Alex R. White, PLLC*, 904 Minoma Avenue, Louisvell, KY 40217.

/s/ Edward A. Baylous II
Edward A. Baylous II
Ky. Bar No. 86971
JUSTICE & PUBLIC SAFETY CABINET
OFFICE OF LEGAL SERVICES
125 Holmes Street
Frankfort, KY 40601
502-564-8231
edward.baylous@ky.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he filed this Notice of Appeal through the CM/ECF System which served a copy on the counsel of record on this the 23rd day of April 2024.

/s/ Edward A. Baylous II