**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION**

---

| | | |
|---|---|---|
| **JAMIAHIA KENNEDY, et al.** | : | |
| | : | |
| | : | |
| | : | |
| **PLAINTIFFS** | : | |
| | : | **Civil Action No. 1:24CV-00016-GNS-HBB** |
| v. | : | JUDGE GREG N. STIVERS |
| | : | |
| **KENTUCKY DEPARTMENT OF JUVENILE JUSTICE, ET AL.** | : | |
| | : | |
| | : | |
| **DEFENDANTS** | : | |

---

## <u>ORDER</u>

Pursuant to the Federal Rules of Civil Procedure, the Court hereby **ORDERS**:

1.      **Magistrate Judge H. Brent Brennenstuhl** will conduct a **Rule 16 Scheduling Conference** on **April 30, 2026, at 9:30 AM CDT/10:30 AM EDT.** The conference will be conducted **telephonically** with the Court to initiate the call. **Counsel who will try the case shall participate in the conference.** Exceptions to this requirement shall be with the understanding that counsel who participate on behalf of any party (a) shall be fully prepared to discuss all aspects of the case with respect to the matters to be schedule, (b) shall be empowered to bind all counsel for that party with respect to dates agreed upon or ordered, and (c) shall have authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed. Fed. R. Civ. P. 16(c) and (f).

Requests for a change of the conference date shall be made to Magistrate Judge Brennenstuhl's Case Manager, Kelly Lovell, at kelly_lovell@kywd.uscourts.gov or 270-393-2507.

2.      The agenda for the conference shall include all of the items set forth in

Rule 16(c), Federal Rules of Civil Procedure, including but not limited to:

      a.     The formulation and simplification of the issues.

      b.     Admissions of fact, stipulations and avoidance of cumulative evidence.

      c.     Consideration of the discovery plan and review of the automatic initial required disclosures.

      d.     The possibility of settlement or the use of alternative methods of dispute resolution, including mediation.

      e.     The need to adopt special procedures for managing potentially difficult or complex issues.

3.     If the parties have any amendments to the "Report of the Parties' Rule 26(f) Planning Meeting" (DN 55), those amendments should be filed **no later than April 23, 2026**.

JUDGE GREG N. STIVERS
UNITED STATES DISTRICT COURT
JAMES J. VILT, JR., CLERK

Date: April 10, 2026          By:   /s/ *Traci J. Duff*

                                Traci J. Duff, Deputy Clerk

Copies to:   Counsel of record
              Kelly Lovell