**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

JAMIAHIA KENNEDY and WILLOW )
NEAL, on Behalf of Themselves )
Individually and All Others Similarly )
Situated )
                 )
     PLAINTIFFS )
                 )
v. )   CIVIL ACTION NO. 1:24-CV-00016-GNS
                 )
                 )
KENTUCKY DEPARTMENT OF JUVENILE )
JUSTICE, et al. )
                 )
     DEFENDANTS )

---

**SCHEDULING ORDER**

---

A telephonic scheduling conference was conducted in this action on April 30, 2026, with the undersigned presiding. Participating in the conference were Laura Landenwich for the Plaintiffs and Mark Bizzell for the Defendants.

The Court has reviewed the Joint Report of Parties' Planning Meeting and considered the statements by counsel during the conference and pursuant to Fed. R. Civ. P. 16, does **HEREBY ORDER AND ADJUDGE AS FOLLOWS:**

(1)     **No later than May 15, 2026,** the parties shall have made all initial disclosures required of Fed. R. Civ. P. 26(a)(1). The parties are under a continuing duty to supplement their disclosures and responses as required by Rule 26(e) whenever necessary during the entire course of this litigation. Supplementations shall be made within thirty days of first learning of the need to supplement, but **no later than** thirty days prior to the end of discovery.

(2)      All motions to amend the pleadings shall be filed by the **no later than November 30, 2026.**

(3)      **No later than November 1, 2027,** the parties shall complete all pretrial fact discovery.  All written discovery requests shall be submitted to the opposing parties so that the due date is in advance of the discovery deadline.  **Motions pertaining to unresolved discovery and scheduling disputes may not be filed without first having a joint telephonic conference with the Magistrate Judge arranged through his courtroom deputy, Kelly Lovell, at 270-393-2507, or kelly_lovell@kywd.uscourts.gov.  Any agreed amendments to the Scheduling Order shall be submitted to the Court in the form of an agreed order.  ALL MOTIONS PERTAINING TO FACT DISCOVERY SHALL BE FILED NO LATER THAN FIFTEEN (15) DAYS AFTER THE CLOSE OF FACT DISCOVERY.**

(4) **No later than April 5, 2027**, counsel for the Plaintiff shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A).  By that date, Plaintiff shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B).   If the witness is not required to provide a written report, Plaintiff's disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 703 or 705 and a summary of the facts and opinions to which the witness is expected to testify, in conformance with Fed. R. Civ. P. 26(a)(2)(C).

(5)      **No later than May 5, 2027**, counsel for the Defendant shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A).  By that date, Defendant shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B).  If the witness is not required to provide a written report, Defendant's disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 703 or 705 and a summary of the facts and opinions to which the witness is expected to testify, in conformance with Fed. R. Civ. P. 26(a)(2)(C).

(6)      The discovery depositions of all expert witnesses shall be completed **no later than October 1, 2027.**

(7)      A telephonic status conference shall be conducted on **November 15, 2027** at 10:00 a.m., CDT.  The Court will initiate the call. If the parties agree to amendment of the deadlines

established by this or any subsequent scheduling order, they may tender an agreed order.  Agreed orders may not extend deadlines "in general" or "until further orders of the court," and must contain specific deadlines dates.

(8)    Plaintiffs shall file their motion for class certification **on or before December 1, 2027**, Defendants shall have forty-five (45) days to file their Response, Plaintiff's Reply shall be due within fifteen (15) days thereafter.

(9)    **No later than December 1, 2027**, counsel for the parties shall file all dispositive motions and motions related to the admissibility of expert testimony pursuant to Federal Rule of Evidence 702 (Daubert motions).  Responses shall be filed within forty-five (45) days, Replies shall be due fifteen (15) days thereafter.

(10)    In the event discovery is completed and neither party anticipates filing dispositive motions, or in the event no dispositive motions are filed by the deadline, counsel shall notify the Magistrate Judge's Courtroom Deputy and the case will be set for a status conference.  Upon resolution of any dispositive motions which are filed, the court will enter appropriate orders regarding the scheduling of trial, if necessary.

(11)    All other limitations set forth in the Report of Parties' Planning Meeting, to the extent they are not inconsistent with this Order, are incorporated herein.

(12)    Should the parties wish to schedule a settlement conference, they should contact Kelly Lovell.


**H. Brent Brennenstuhl**
**United States Magistrate Judge**

May 11, 2026

Respectfully submitted,

/s/ *Laura E. Landenwich*
Laura E. Landenwich
David J. Agnew
ADAMS LANDENWICH LAY, PLLC
517 West Ormsby Avenue
Louisville, KY  40203
laura@justiceky.com
(502) 561-0085

and

Erin Stemle
ALEX R. WHITE, PLLC
904 Minoma Avenue
Louisville, KY  40217
erin@arwhitelaw.com
(502) 882-7552
Counsel for Plaintiffs

*/s/ Mark F. Bizzell (with permission)*
Mark F. Bizzell
JUSTICE & PUBLIC SAFETY CABINET
OFFICE OF LEGAL SERVICES
125 Holmes Street
Frankfort, KY 40601
Phone: 502-782-1097
Fax: 502-564-6686
mark.bizzell@ky.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2026 the foregoing was served on all parties via the Court's electronic filing system.

/s/*Laura E. Landenwich*
LAURA E. LANDENWICH